

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2016

No. 04-16-00318-CV

**IN THE INTEREST OF F.M.A.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2015PA01381
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena Chapa, Justice
               Jason Pulliam, Justice

Appellant's brief in this appeal from an order terminating parental rights was filed July 5, 2016. The appendix includes an unredacted copy of the trial court's Order of Termination that identifies the minor by name and discloses the minor's date of birth. The Texas Rules of Appellate Procedure prohibit the filing of appendix items that disclose the minor's name or date of birth, and the rules require that such information be redacted before filing. *See* TEX. R. APP. P. 9.8(b)(1); 9.9(a)-(c).

We therefore strike appellant's brief and order the brief and appendix, appropriately redacted, be refiled by **July 14, 2016.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court